IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br>v.<br><br>BRIAN LEE GAUT,<br><br>     Defendant. | ) Case No.  1:14-MJ-00108-SAB<br>)<br>) DEFENDANT'S STATUS<br>) REPORT ON UNSUPERVISED<br>) PROBATION<br>)<br>)<br>)<br>) |

  PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:
    **Convicted of:**  Title 36, CRF, Section 4.23(a)(1)
    **Sentence Date:**  09/04/2014
    **Review Hearing Date:**  07/02/2015
    **Probation Expires On:**  09/04/2015

## *CONDITIONS OF UNSUPERVISED PROBATION:*
☒ **Obey all federal, state and local laws**; and

 ☒  **Monetary Fines & Penalties in Total Amount of:**  $1210.00 which Total Amount is made up of a Fine: $ 1200.00 Special Assessment: $ 10.00  Processing Fee: $ Choose an item. Restitution: $

 ☐  Payment schedule of $  per month by the  of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:**  Complete first time DUI program through California Department of Motor Vehicles.

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

 **<u>Otherwise:</u>**

 ☐  Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $1210.00
☐ If not paid in full when was last time payment:   Date: Click here to enter a date.
Amount:

☐ To date, Defendant has performed Click here to enter text.  hours of community service.

☒ Compliance with Other Conditions of Probation:


### GOVERNMENT POSITION:

**X** The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: /s/ Bayleigh J. Pettigrew         /

### DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 07/02/2015 at 10:00 a.m.

☐ be continued to Click here to enter a date. at 10:00 a.m.; or

☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

Defendant's Attorney: /s/ John E. Williams       DATED:  06/11/2015

**O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☑        GRANTED.  The Court orders that the hearing be vacated.

☐        DENIED.

DATED: **Jun 18, 20**15                                        _____
                                                                              **STANLEY A. BOONE**
                                                                              United States Magistrate Judge